THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EVELYN MORANT, Appellant. [639 NYS2d 756]

Present—Pine, J. P., Lawton, Wesley, Balio and Davis, JJ.